| **Information to identify the case:** | |
|---|---|
| Debtor 1  Christine R. Vela<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5417<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  Eastern District of New York | |
| Case number:  8–20–71552–ast | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

- The Deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

- Krista M Preuss (Trustee) is discharged as trustee of the estate of the above–named debtor(s).

- The Chapter 13 case of the above–named debtor(s) is closed.

s/ Alan S. Trust
United States Bankruptcy Judge

Dated: August 8, 2025

**BLfnld13** [Final Decree 12/13 rev 12/01/15]